1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Kevin Garrison SB# 011860
Daniel Garrison SB# 036598
**GARRISON LAW FIRM**
7972 W. Thunderbird Road, Suite 107
Peoria, AZ 85381
Telephone: (623) 915-1100
Fax: (623) 435-8676
Attorneys for Plaintiff
kevin@garrisonlawfirm.com
daniel@garrisonlawfirm.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| HENRIETTA MARTINEZ<br> Plaintiff, | ) **No: 2:23-cv-02200-DWL**<br>)<br>) |
| vs. | ) **PLAINTIFF HENRIETTA**<br>) **MARTINEZ'S NOTICE OF SERVICE** |
| IBRAHIM AZEEZ and JANE DOE AZEEZ, Husband and Wife, JOHN DOES AND JANE DOES 1-10,<br>ABC CORPORATIONS 1-10 and<br>XYZ PARTNERSHIPS 1-10<br> Defendants<br>_____ | ) **OF PLAINTIFF'S FIRST AMENDED**<br>) **COMPLAINT**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Plaintiff Henrietta Martinez hereby gives notice that on this date Plaintiff's counsel served by email Plaintiff's First Amended Complaint dated March 14, 2024.

DATED this 14th day of March, 2024.

By: /s/Daniel Garrison
Daniel Garrison
Attorney for Plaintiff

1

1

2

## **CERTIFICATE OF SERVICE**

3

4

5

I hereby certify that on March 14, 2024 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF Registrants, as well as e-mailed a copy as follows.

6

7

8

9

10

11

12

pstanfield@jshfrim.com
cspicker@jshfirm.com
jdey@jshfirm.com
Phillip H. Stanfield
Clarice A. Spicker
James W. Dew
**JONES, SKELTON & HOCHULI P.L.C.**
40 N. Central Avenue, Suite 2700
Phoenix, AZ 85004
Attorney for Defendant

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28