Phillip H. Stanfield, Bar #011729
Clarice A. Spicker, Bar #029964
James W. Dey, Bar #037053
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1745
Fax: (602) 200-7877
pstanfield@jshfirm.com
cspicker@jshfirm.com
jdey@jshfirm.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Henrietta Martinez,<br><br>                    Plaintiff,<br><br>v.<br><br>MVT Services LLC. dba Mesilla Valley Transportation, a foreign corporation, Ibrahim Azeez and Jane Doe Azeez, Husband and Wife, John Does and Jane Does 1-10, ABC Corporations 1-10 and XYZ Partnerships 1-10,<br><br>                    Defendants. | No. 2:23-cv-02200-DWL<br><br>**NOTICE OF SETTLEMENT** |

Defendants, by and through undersigned counsel, hereby notify the Court that the parties have reached a settlement in the above-captioned matter.

The parties will file their Stipulation for Dismissal and corresponding proposed Order in the near future.

117716042.1

DATED this 5th day of November, 2024.

JONES, SKELTON & HOCHULI, P.L.C.

By s/James W. Dey
Phillip H. Stanfield
Clarice A. Spicker
James W. Dey
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of November, 2024, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

Kevin Garrison, Esq.
Daniel Garrison, Esq.
GARRISON LAW FIRM
7972 W. Thunderbird Road, Suite 107
Peoria, Arizona 85381
Attorneys for Plaintiff

s/Kadie G. Lewis

2

117716042.1